UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN A. LOCKETT, SR., | : |
| Petitioner | : CIVIL ACTION NO. 3:12-CV-02264 |
| vs. | : (Petition Filed 11/13/2012) |
| BRIAN V. COLEMAN, ET AL., | : (Judge Caputo) |
| Respondents | : |

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1), is **DENIED** pursuant to 28 U.S.C. § 2254(d).

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

A. RICHARD CAPUTO
United States District Judge

Dated: November 14, 2014